UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

**UNITED STATES OF AMERICA**         CASE NUMBER: 5:19-CR-00082-1

v.

**TED DEAN MELTON**
INMATE #23237

**ORDER**

**THIS MATTER** is before the Court on its own motion to withdraw Doc. No. 38 Issued Writ of Habeas Corpus ad Prosequendum. The [41] Order granting the determination of restitution has been entered by this Court and finds that the hearing is no longer necessary.

**IT IS HEREBY ORDERED** that the United States Marshal Service and Iredell County Jail are not required to produce the body of Defendant Ted Dean Melton Inmate #23237.

The Clerk is directed to provide copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED

Signed: November 22, 2021

*[Signature]*
Kenneth D. Bell
United States District Judge